IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHERIECE LEE,** | : | |
|      **Plaintiff,** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 23-CV-0554** |
| | : | |
| **PHILADELPHIA FAMILY COURT,** | : | |
| *et al.*, | : | |
|      **Defendants.** | : | |

### ORDER

AND NOW, this 20th day of March, 2023, upon consideration of Plaintiff Cheriece Lee's Motion to Proceed In Forma Pauperis (ECF No. 1), and pro se Complaint (ECF No. 2), and for the reasons set forth in the accompanying memorandum opinion, it is **ORDERED** that:

1. Cheriece Lee is **GRANTED** leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

*/s/ Mitchell S. Goldberg*
**MITCHELL S. GOLDBERG, J.**